JOHN E. OTTAWAY, Appellant, *v.* MOSS MOSELY, Respondent.

*Ottaway* v. *Mosely*, 149 App. Div. 933, affirmed.
(Argued April 30, 1914; decided May 15, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 21, 1912, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for an alleged conversion.

*Fred H. Baker* for appellant.

*Eugene Van Voorhis* and *Horace J. Tuttle* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, MILLER and CARDOZO, JJ. Not sitting: WERNER, J.

---

MELVILLE FARRAR, Respondent, *v.* AVERY W. KINGSLEY et al., Defendants, and NATHAN R. WILLIAMS, Appellant.

*Farrar* v. *Kingsley*, 153 App. Div. 931, affirmed.
(Argued April 30, 1914; decided May 15, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 27, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to dissolve a copartnership and for an accounting.

*William W. Waring* and *George E. Spring* for appellant.

*Thomas H. Dowd* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, CUDDEBACK, MILLER and CARDOZO, JJ.